| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Connect Fit LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
ConnectFit LLC

**3. Debtor's federal Employer Identification Number** (EIN)  
85-1158872

**4. Debtor's address**

**Principal place of business**  
453 Winch St.  
Framingham, MA 01701  
Number, Street, City, State & ZIP Code

Middlesex  
County

**Mailing address, if different from principal place of business**  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
84 Needham St. Newton Highlands, MA 02461  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  
www.connectfit.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Connect Fit LLC**  _____  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4561__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Connect Fit LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Connect Fit LLC**  _____  Case number (*if known*) _____
      *Name*

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Connect Fit LLC** _____ Case number (if known) _____
     Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/30/24
               MM / DD / YYYY

X /s/ _____      Jennifer A. Morrison
   Signature of authorized representative of debtor    Printed name

Title **Manager**

**18. Signature of attorney**

X /s/ _____      Date  4.30.24
   Signature of attorney for debtor               MM / DD / YYYY

**Kate E. Nicholson 674842**
Printed name

**Nicholson P.C.**
Firm name

**21 Bishop Allen Dr.**
**Cambridge, MA 02139**
Number, Street, City, State & ZIP Code

Contact phone  **857.600.0508**    Email address  **knicholson@nicholsonpc.com**

**674842 MA**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Connect Fit LLC**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AmEx Amazon Business** PO Box 1270 Newark, NJ 07101-1270 | | | | | | $2,863.23 |
| **Blue Cross Blue Shield** | | | | | | $19,416.05 |
| **Byline Financial Group** A/R Bin 88205 Milwaukee, WI 53288-8205 | | | | $11,653.16 | $0.00 | $11,653.16 |
| **Catherine Simmons** 453 Winch St. Framingham, MA 01701 | | | | | | $21,050.40 |
| **CH Retail Fund II 112 Boston Mall Rd. LLC** c/o Winslow Property Management 80 Hayden St. Lexington, MA 02421 | | | | | | $61,320.00 |
| **Creative Bookfair LLC** PO Box 95 Newton Upper Falls, MA 02464 | | | | | | $94,075.97 |
| **Dell Business Credit** c/o DFS Consumer Care Dept. PO Box 81577 Austin, TX 78708-1577 | | | | | | $6,422.27 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Connect Fit LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Fenichey**<br>20 North Plains Industrial Rd. Ste. 2<br>Wallingford, CT 06492 | | | | | | $7,017.08 |
| **Free Motion / Ifit**<br>1500 South 1000 West<br>Logan, UT 84321 | | | | | | $41,829.17 |
| **Life Fitness**<br>2716 Network Place<br>Chicago, IL 60673 | | | | | | $26,993.32 |
| **Maison Capital Group, Inc.**<br>560 Sylvan Ave., Ste. 3020<br>Englewood Cliffs, NJ 07632 | | | **Contingent Unliquidated Disputed** | $104,920.00 | $0.00 | $104,920.00 |
| **Massachusetts Dept. of Revenue Bankruptcy Unit**<br>PO Box 7090<br>Boston, MA 02204-7090 | | Sales and payroll taxes | | | | $46,266.00 |
| **Nautilus Inc.**<br>PO Box 1389<br>Kenner, LA 70063 | | | | | | $2,191.63 |
| **NetSuite/Oracle**<br>2300 Oracle Way<br>Austin, TX 78741 | | | | | | $9,000.00 |
| **Pine Street Realty Trust LLC**<br>51 Pine Street Realty, LLC<br>48 Cornell Dr.<br>Wellesley, MA 02482 | | | | | | $64,004.87 |
| **Prism Fitness**<br>303 Bruce St.<br>Verona, WI 53593 | | | | | | $1,946.88 |
| **Shopify Credit**<br>151 O'Connor St. Ground Floor<br>Ottawa, ON K2P 2LD CANADA | | | **Contingent Unliquidated Disputed** | | | $144,772.10 |
| **TRX**<br>PO Box 748699<br>Atlanta, GA 30374-8699 | | | | | | $2,711.69 |
| **Unlimited Business Solutions** | | | | | | $7,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Debtor **Connect Fit LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wex**<br>**PO Box 639**<br>**Portland, ME 04104** | | | | | | $1,782.73 |

**United States Bankruptcy Court**
**District of Massachusetts**

In re **Connect Fit LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 30, 2024**

**/s/ Jennifer A. Morrison**
**Jennifer A. Morrison**/**Manager**
Signer/Title

AmEx Amazon Business
PO Box 1270
Newark, NJ 07101-1270

Byline Financial Group
A/R Bin 88205
Milwaukee, WI 53288-8205

Catherine Simmons
453 Winch St.
Framingham, MA 01701

CH Retail Fund II
112 Boston Mall Rd. LLC
c/o Winslow Property Management
80 Hayden St.
Lexington, MA 02421

City of Newton
Treasury Dept.
1000 Commonwealth Ave.
Newton Center, MA 02459

Creative Bookfair LLC
PO Box 95
Newton Upper Falls, MA 02464

Dell Business Credit
c/o DFS Consumer Care Dept.
PO Box 81577
Austin, TX 78708-1577

Emerald Water
1441 Broadway, 5th Fl.
New York, NY 10018

Fenichey
20 North Plains Industrial Rd.
Ste. 2
Wallingford, CT 06492

Hampton Fitness
1913 Portola Rd.
Ventura, CA 93003

Life Fitness
2716 Network Place
Chicago, IL 60673

Maison Capital Group, Inc.
560 Sylvan Ave., Ste. 3020
Englewood Cliffs, NJ 07632

```
Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Nautilus Inc.
PO Box 1389
Kenner, LA 70063

NetSuite/Oracle
2300 Oracle Way
Austin, TX 78741

Paychex
91 Panorama Trail South
Rochester, NY 14625

Pine Street Realty Trust LLC
51 Pine Street Realty, LLC
48 Cornell Dr.
Wellesley, MA 02482

Prism Fitness
303 Bruce St.
Verona, WI 53593

Shopify Credit
151 O'Connor St.
Ground Floor
Ottawa, ON K2P 2LD
CANADA

Town of Burlington
Treasurer / Tax Collector
29 Center St.
Burlington, MA 01803

TRX
PO Box 748699
Atlanta, GA 30374-8699

Uline
PO Box 88741
Chicago, IL 60680

Wex
PO Box 639
Portland, ME 04104
```

# United States Bankruptcy Court
## District of Massachusetts

In re  **Connect Fit LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Connect Fit LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 30, 2024**  
Date

**/s/ Kate E. Nicholson**  
**Kate E. Nicholson 674842**  
Signature of Attorney or Litigant  
Counsel for **Connect Fit LLC**  
**Nicholson P.C.**  
**21 Bishop Allen Dr.**  
**Cambridge, MA 02139**  
**857.600.0508 Fax:617.812.0405**  
**knicholson@nicholsonpc.com**