UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| | ) | CHAPTER 11 |
| CONNECT FIT LLC | ) ) | CASE NO. 24-40441-EDK |
| DEBTOR | ) ) ) | |

CERTIFICATE OF SERVICE

I, Kate E. Nicholson, certify that I have given telephonic and/or electronic notice, as well as notice via first class mail, postage prepaid, of the **Court's Order dated May 16, 2024 containing notice of a hearing on the Debtor's Emergency Motion to Enforce the Automatic Stay and For Sanctions** and the **Emergency Motion to Enforce the Automatic Stay and For Sanctions** to the parties on the attached list who do not receive electronic notice via ECF.

Dated: May 16, 2024

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Nicholson Devine LLC
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508
kate@nicholsondevine.com

**Electronic Mail Notice List**

The following is the list of parties and attorneys who are currently on the list to receive email notice/service for this case.

- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- James S LaMontagne    jlamontagne@sheehan.com, asrimouksavanh@Sheehan.com
- Kate E. Nicholson    kate@nicholsondevine.com, knicholson@ecf.courtdrive.com;admin@nicholsonpc.com;apeck@nicholsonpc.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov

**Manual Notice List**

Shopify, Inc. and Shopify Payments (USA), Inc.
legal@shopify.com
recovery_operations@shopify.com
legal-orders@shopify.com
(613) 241-2828 (call disconnected)
(888) 746-7439 (no longer in service – all customer support occurs online)

Stripe, Inc.
llg-notices@stripe.com
complaints@stripe.com
legal@stripe.com
1-888-926-2289 (spoke to representative who provided legal@stripe.com as email address; message to the email address bounced back)
1-888-820-7551 (left message)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| IN RE: | CASE NO: 24-40441 |
|---|---|
| Connect Fit LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 5/16/2024, I did cause a copy of the following documents, described below,

Order and Emergency Motion to Enforce the Automatic Stay and for Sanctions

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2024

/s/ Kate E. Nicholson
Kate E. Nicholson  674842

Nicholson PC
21 Bishop Allen Drive
Cambridge, MA  02139
857 600 0508
kate@nicholsondevine.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | CASE NO: 24-40441 |
| Connect Fit LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 5/16/2024, a copy of the following documents, described below,

Order and Emergency Motion to Enforce the Automatic Stay and for Sanctions

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kate E. Nicholson
Nicholson PC
21 Bishop Allen Drive
Cambridge, MA  02139

USPS FIRST CLASS MAILING UNCHECKED
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SETH BRESSACK, PRESIDENT AND CFO<br>SHOPIFY (USA) INC<br>148 LAFAYETTE STREET<br>NEW YORK NY 10013 | SETH BRESSACK, PRESIDENT AND CFO<br>SHOPIFY (USA) INC<br>C/O CORPORATION SERVICE COMPANY<br>84 STATE STREET<br>BOSTON, MA 02109 | SHOPIFY CREDIT<br>ATTN: CEO OR PRESIDENT<br>151 OCONNER ST<br>GROUND FLOOR<br>OTTAWA ON K2P 2LD<br>CANADA |
| SHOPIFY PAYMENTS (USA) INC.<br>ATTN: CEO OR PRESIDENT<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DELAWARE 19808 | SHOPIFY PAYMENTS (USA) INC.<br>ATTN: CEO OR PRESIDENT<br>C/O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DELAWARE 19808 | PATRICIAL COLLISON, CEO<br>STRIPE, INC<br>354 OYSTER POINT BLVD<br>SOUTH SAN FRANCISCO, CA 94080 |
| PATRICIAL COLLISON, CEO<br>STRIPE, INC<br>C/O C T CORPORATION SYSTEM<br>155 FEDERAL ST. SUITE 700<br>BOSTON, MA 02110 | | |